Cover sheet for Amended Names and Addresses of all known creditors to debtor:
Michelle M Cuddeback
Case # 12-22290

Note: The last 3 names and addresses are newly added. There are 3 pages including cover sheet in this Amendment.

RECEIVED
Western District of Washington
at Seattle
JAN 16 2013
MARK L HATCHER, CLERK
OF THE BANKRUPTCY COURT

The Commercial Agency
For: Safeco Ins. Company
P.O. Box 23909
Portland, OR 97281


Fredrick J. Hanna & Associates
For: Chase Bank USA
1427 Roswell Rd.
Marietta, GA 30062


Bishop, White, Marshall & Weibel
For: JP Morgan Chase Bank
720 Olive Way Ste 1201
Seattle, WA 98101


Northstar Location Services
For: Chase Bank USA
4285 Genesee St.
Cheektowaga, NY 14225-1943


ARSI
For: Lowes – GE Capital
555 St. Charles Drive, Ste 100
Thousand Oaks, CA 91360

Valley Empire Collection
For: Eljay Oil Company
11707 E Montgomery Dr.
Spokane Valley, WA 99206


Sutter & Hammer, PS
For: FIA Card Services
PO Box C-90006
Bellevue, WA 98009


NCS
For: Petrocard Systems
PO Box 3002
Woodinville, WA 98072


BECU Loan Loss Recovery
PO Box 97050 MS 1112-1
Seattle, WA 98124


AHMSI or Homeward Residential
4875 Belfort Rd. Ste. 130
Jacksonville, FL 32256


Waste Management of Spokane
PO Box 541065
Los Angeles CA 90054-1065


EQA 2003 Irwin Portfolio
PO Box 6214
Indianapolis, IN 46206-6214


EOS CCA
For: AT&T Mobility
700 Longwater Dr.
Norwell, MA 02061